EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527/2917
     Facsimile: (213) 894-0141
     E-mail:    scott.paetty@usdoj.gov/

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

October 4, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-00191 SJO |
|---|---|
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| TODD EDDIE BENSE, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Restitution, filed by the parties in this matter on October 3, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, provides good cause for a restitution judgment in this case pursuant to 18 U.S.C. § 2259; <u>Paroline v. United States</u>, 134 S. Ct. 1710, (2014); and <u>United States v. Galan</u>, 804 F.3d 1287, 1291 (9th Cir. 2015).

THEREFORE, FOR GOOD CAUSE SHOWN:

cc: U.S. PROBATION

Restitution in this case is ORDERED to be paid to the victims set forth below or their representatives in the following amounts and under the following terms:

    a.    Victim Jessica

        i.    Restitution Amount: $3,500

        ii.    Payable to: "Jennifer Freeman in trust for Jessica," c/o The Marsh Law Firm PLLC, P.O. Box 4669 #65135, New York, NY 10163-4668

    b.    Victim Misty

        i.    Restitution Amount: $5,681

        ii.    Payable to: "Jennifer Freeman in trust for Misty," c/o The Marsh Law Firm PLLC, P.O. Box 4669 #65135, New York, NY 10163-4668

    c.    Marineland Series

        i.    Restitution Amount: $2,250

        ii.    Payable to: "Carol L. Hepburn in trust for Sarah", c/o Carol L. Hepburn, 2722 Eastlake Avenue E. Suite 200, Seattle, WA 98102

    d.    Lighthouse Series

        i.    Restitution Amount: $3,500

        ii.    Payable to: "Sara J. Powell in trust for Cassiopeia", c/o Law Office of Sara J. Powell, PLLC, 550 W. Portland Street, Phoenix, AZ 85003

    e.    Victim Angela

        i.    Restitution Amount: $2,610

        ii.    Payable to: "Marc C. Lenahan in trust for Angela," c/o Lenahan Law, PLLC, 2655 Villa Creek, Suite 204, Dallas, Texas 75234

```
         f.   8 Kids Series
              i.   Restitution Amount: $5,500
    Payable to: "Tanya L. Hankins in trust for John Does I-V," c/o
The Law Office of Erik L. Bauer, 215 Tacoma Avenue South, Tacoma,
Washington 98402


    The Restitution hearing set for 10/17/16 is vacated.


    IT IS SO ORDERED.
```

October 4, 2016

DATE

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

SCOTT PAETTY
Assistant United States Attorney